# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sirritha L. Brown,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:04-cv-468

Jo Anne B. Barnhart,
Commissioner of Social Security Administration,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2006 Order.

**Signed: July 26, 2006**

Frank G. Johns, Clerk
United States District Court